PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Jose A. Santiago                Docket No.Cr-04-646-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Angel L. Matos** PRETRIAL SERVICES OFFICER, before the **Honorable Dickinson R. Debevoise** presenting an official report upon the conduct of defendant **Jose A. Santiago**, who was placed under pretrial release supervision by the **Honorable Mark Falk** sitting in the United States District Court at Newark, on March 31, 2003, under the following bail and conditions:

$100,000 Unsecured Appearance Bond with two Cosigners and the following release conditions:
1. Pretrial Services Supervision.
2. Travel restrictions to New Jersey.
3. Surrender all travel documents and do not apply for new ones.
4. Mental health testing and treatment as deemed appropriate by Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **Order a Violation Hearing.**

| | |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this 4th day of January, 2008 and ordered filed and made a part of the records in the above case. | Executed on 1/4/2008 |
| _[signature]_ Dickinson R. Debevoise U.S. District Judge | _[signature]_ Angel L. Matos U.S. Pretrial Services Officer |