PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Jose A. Santiago                                  Docket No. **Cr- 04-646-01**

### Petition for Action on Conditions of Pretrial Release

   COMES NOW **Angel L. Matos** PRETRIAL SERVICES OFFICER, before the **Honorable Dickinson R. Debevoise** presenting an official report upon the conduct of defendant **Jose A. Santiago**, who was placed under pretrial release supervision by the **Honorable Mark Falk** sitting at U.S. District Court in Newark, New Jersey, on March 31, 2003, under the following bail and release conditions:

$100,000 Unsecured Appearance Bond with two cosigners:

1. Pretrial Services Supervision
2. Travel restricted to New Jersey
3. Mental health treatment as deemed necessary by Pretrial Services
4. Surrender of any travel documents/Not to apply for any travel documents

   Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER the following:

1. That the defendant, in addition to the present Order Setting Conditions of Release, shall adhere to any Temporary or Final Restraining Orders.

2. That the defendant shall not possess any firearms or dangerous weapons.

ORDER OF COURT

Considered and ordered this
_____20th_____ day of __February 2008__,
_____ and ordered filed and made a part
of the records in the above case.

_____
Honorable Dickinson R. Debevoise
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___2/15/2008___

_____
Angel L. Matos
U.S. Pretrial Services Officer