UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 04-646 (DRD) |
| | : |
| v. | : ORDER |
| | : |
| JOSE SANTIAGO | : |

## SUBSTITUTION OF COUNSEL

This matter having been opened to the Court by Richard Coughlin, Federal Public Defender, who seeks permission to withdraw from the representation of Jose Santiago, and to substitute Stacy A. Biancamano, Esq., as counsel for the defendant, effective October 27, 2008, and neither government nor Mr. Santiago having any objection to the requested substitution, and good and sufficient cause having been shown,

IT IS on this 3rd day of October ORDERED, that

1. Effective October 27, 2008, the Office of the Federal Public Defender will be relieved as counsel for Jose Santiago.

2. Effective October 27, 2008, Stacy A. Biancamano, Esq., shall be appointed to represent Jose Santiago, pursuant to 18 U.S.C. § 3006A and Part II D(5) of Appendix I to the Criminal Justice Act Plan for the District of New Jersey.

Honorable Dickinson R. Debevoise, U.S.D.J.